Case 5:25-cv-00186   Document 5   Filed on 10/21/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
October 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ONISS SIOMARA VARGAS ISTAMO, § § Petitioner, § § V. § ORLANDO PEREZ, ET AL., § § Respondents. § | CIVIL ACTION NO. 5:25-CV-186 |

## ORDER

Before the Court is Petitioner's Emergency Motion to Award the Writ or Issue an Order to Show Cause, (Dkt. No. 3). Petitioner filed the motion when she filed her Petition for a Writ of Habeas Corpus, (Dkt. No. 1).

In her ex-parte motion, Petitioner requests that the Court grant the writ or issue an order to show cause. (Dkt. No. 3). If the Court does not grant the writ, she specifically requests that the Court: (1) serve a copy of the petition, the motion, and the proposed order upon the U.S. Attorney's Office for the Southern District of Texas; (2) issue an order directing Respondents to show cause as to why the writ should not be granted within three days; (3) enjoin Respondents from transferring Petitioner outside of the Court's jurisdiction under the All Writs Act; and (4) require Respondents to provide the Court and Petitioner's counsel with at least 10 days' notice and the name of a proposed country of removal, in writing, before any removal of Petitioner is initiated. (*Id.* at 1–2). Based upon a review of the petition, Petitioner's motion, (Dkt. No. 3), will be granted in part and denied in part.

The Court **ORDERS** Respondents to file a response and serve their response on Petitioner **no later than twenty days** after receipt of service. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, she may do so **within seven days** after Respondents file their responses. S. Dist. Tex. L.R. 7.3. In her petition, (Dkt. No. 1), Vargas names Orlando Perez, Warden of the Laredo Processing Center; Miguel Vergara, ICE Field Office Director of the Harlingen Filed Office; Kristi Noem, Secretary of Homeland Security; and Pamela Bondi, Attorney General, as Respondents.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. No. 1), Petitioner's Emergency Motion, (Dkt. No. 3), summons,[1] and this Order on Respondents via certified mail.

- Respondent Orlando Perez or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.
- Respondent Miguel Vergara or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.
- Respondent Kristi Noem or her designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528-0485.
- Respondent Pamela Bondi or her designee may be served at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1), Petitioner's Emergency Motion, (Dkt. No. 3), summons, and this Order on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the Office's Civil Process Clerk, who may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002 via certified mail.

The Clerk is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1), Petitioner's Emergency Motion, (Dkt. No. 3), summons, and this Order on the Civil Process Clerk at the United States Attorney's Office in Laredo, who may be served at P.O. Box 1179 Laredo, TX 78042 via certified mail.

Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, the Court recognizes that Petitioner alleges that she is being detained without notice of a proposed country of removal. Therefore, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas, including notice of a designated

---

[1] Petitioner filed a request for issuance of summons to each respondent. (Dkt. No. 2). All deadlines listed in the summons are superseded by this Order.

country of removal, **at least ten (10) days** before any such transfer.

    It is so **ORDERED**.

    **SIGNED** on October 21, 2025.

                                                                _____
                                                                 John A. Kazen
                                                                 United States District Judge