United States District Court
Southern District of Texas
**ENTERED**
December 29, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ONISS SIOMARA VARGAS ISTAMO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:25-CV-186** |
| | § | |
| **ORLANDO PEREZ, ET AL.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Objections to the Electronic Monitoring Requirement in Her Conditions of Release. (Dkt. No. 29). Vargas Istamo was released from immigration detention, pursuant to the Court's order, on December 19, 2025. (Dkt. Nos. 25, 28 at 1). Various conditions of release were imposed, some of which were likely "inadvertent errors." (Dkt. No. 28 at 1–2).

Respondents are ordered to respond to Petitioner's objection to electronic monitoring, (Dkt. No. 29), and provide the Court with a status report regarding Vargas Istamo's other release conditions, by **January 5, 2026**.

It is so **ORDERED**.

**SIGNED** on December 29, 2025.

John A. Kazen
United States Dsitrict Judge